IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| ERIC BRYANT, | ) NO.: 16-37900 |
| LISA BRYANT, | ) |
| | ) CHAPTER 13 |
| Debtors, | ) |
| | ) JUDGE: CAROL A. DOYLE |
| | ) |

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON April 2, 2019 at 9:30am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Carol A. Doyle, U.S. Bankruptcy Judge, 219 S. Dearborn St., 742, Chicago, Illinois 60604, room 742, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on March 19, 2019, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC

*/s/Kinnera  Bhoopal*
Kinnera  Bhoopal
ARDC# 6295897

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

## NOTICE OF MOTION ADDRESSES

To Trustee:  *by Electronic Notice through ECF*
Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

To U.S. Trustee:  *by Electronic Notice through ECF*
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

To Debtor:  *Served via U.S. Mail*
Eric Bryant
Lisa Bryant
18046 Butternut Court
Orland Park, Il 60467

To Attorney:  *by Electronic Notice through ECF*
James S Davidson
Sulaiman Law Group, Ltd.
2500 S. Highland Ave
Suite 200
Lombard, IL 60148

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| ERIC BRYANT, | ) NO.: 16-37900 |
| LISA BRYANT, | ) |
| | ) CHAPTER 13 |
| Debtors, | ) |
| | ) JUDGE: CAROL A. DOYLE |
| | ) |

## **MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES LoanCare, LLC as servicing agent for Mid America Mortgage by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay heretofore entered on the property located at 18046 Butternut Court, Orland Park, Illinois 60467-5677 be Modified stating as follows:

1. On November 30, 2016, the above captioned Chapter 13 was filed.

2. On June 20, 2017, the above captioned Chapter 13 was confirmed.

3. LoanCare, LLC as servicing agent for Mid America Mortgage services the first mortgage lien on the property located at 18046 Butternut Court, Orland Park, Illinois 60467-5677.

4. The Plan calls for the Debtors to be the disbursing agent for the post-petition mortgage payments directly to LoanCare, LLC as servicing agent for Mid America Mortgage. Current post-petition payments are $2,044.58.

5. The post-petition mortgage payments are due and owing for May 1, 2017. The default to LoanCare, LLC as servicing agent for Mid America Mortgage is approximately $52,479.74 through March 1, 2019; less a suspense of $230.00.

6. Attorney's fees and costs for this motion are due in the amount of $1,031.00.

7. The plan is in material default.

8. LoanCare, LLC as servicing agent for Mid America Mortgage continues to be injured each day it remains bound by the Automatic Stay.

9. LoanCare, LLC as servicing agent for Mid America Mortgage is not adequately protected.

10. The property located at 18046 Butternut Court, Orland Park, Illinois 60467-5677 is not necessary for the Debtors' reorganization.

11. The Debtors have no equity in the property for the benefit of unsecured creditors.

12. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(A)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 18046 Butternut Court, Orland Park, Illinois 60467-5677, be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to LoanCare, LLC as servicing agent for Mid America Mortgage to proceed with nonbankruptcy remedies including foreclosure, and for such other and further relief as this Honorable Court deems just.

McCalla Raymer Leibert Pierce, LLC

By: */s/Kinnera Bhoopal*
Kinnera Bhoopal
Illinois Bar No. 6295897
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
Phone: (312) 346-9088
Fax: (312) 551-4400
Email: ILpleadings@mrpllc.com